IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CLINTON BROOKS JR., | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 4:16CV3048 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| STATE OF NEBRASKA, | ) | AND ORDER |
| | ) | |
| Respondent. | ) | |

Mr. Brooks has filed a handwritten document that has been construed as a habeas corpus petition. It does appears that Mr. Brooks was in prison but has been released on parole according to the website of the Nebraska Department of Corrections. That parole supervision remains active.

Given that Mr. Brooks by virtue of being on parole may be "in custody" for purposes of the habeas corpus statute, I will not dismiss this action at this time. However, Mr. Brooks' handwritten petition is difficult to decipher. Accordingly, Mr. Brooks will be given an opportunity to amend his petition by using the official form. Therefore,

IT IS ORDERED that by Thursday, May 12, 2016, Mr. Brooks shall file an amended petition using the official form. The Clerk shall mail to Mr. Brooks the AO Form 241. The Clerk shall set a case management deadline: 5/12/2016, check for amended petition for writ of habeas corpus.

DATED this 12th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge