IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLINTON BROOKS JR., | ) | |
| | ) | |
| Petitioner, | ) | 4:16CV3048 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

This is a habeas corpus case brought by a person convicted of a state crime. Petitioner has not responded to the motion for summary judgment submitted by Respondent.  I now grant the motion concluding that Petitioner has failed to exhaust his claim of ineffective assistance of counsel in state court (filing no. 11 at CM/ECF p. 2-3) and has procedurally defaulted that claim as well (*Id*. at CM/ECF p. 4). Additionally, I find and conclude that the petition is moot as Petitioner is no longer "in custody" as he has been discharged from parole. (*Id*.).

A petitioner cannot appeal an adverse ruling on his petition for writ of habeas corpus under § 2254 unless he is granted a certificate of appealability.  28 U.S.C. § 2253(c)(1); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b)(1).  The standards for granting certificates of appealability (1) where the district court reaches the merits or (2) where the district court rules on procedural grounds are set forth in *Slack v. McDaniel*, 529 U.S. 473, 484-485 (2000).  I have applied the appropriate standard and I have determined that Petitioner is not entitled to a certificate of appealability.

IT IS ORDERED that:

1. The motion for summary judgment (filing no. 10) is granted and the petition (filing no. 1) is denied with prejudice.

2.      No certificate of appealability will be issued.

3.      Judgment will be entered by separate document.

DATED this 24th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge